# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CRETE CARRIER CORPORATION,** | ) | **CASE NO. 8:08CV500** |
| Plaintiff, | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| **TIMOTHY WINTERS,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Motion to Dismiss with Prejudice (Filing No. 37). Plaintiff seeks dismissal of the above-captioned action and moves to dismiss its complaint and any and all claims or causes of action therein, with prejudice. No counterclaims have been filed. Plaintiff represents to the Court that all present and prior parties to the action have been contacted and have agreed to the entry of an Order of Dismissal. Pursuant to Fed. R. Civ. P. 41(a), and for good cause shown,

IT IS ORDERED:

1. The Motion to Dismiss with Prejudice (Filing No. 37) is granted;

2. The First Amended Complaint, including any and all claims or causes of action therein, is dismissed with prejudice;

3. All pending motions are denied as moot; and

4. The parties shall pay their own costs and attorneys' fees.


DATED this 18th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge